24095

Michael SHIPPY, Petitioner v. STATE of South Carolina, Respondent.

(445 S.E. (2d) 636)

Supreme Court

*Joseph L. Savitz, III, Deputy Chief Attorney, SC Office of Appellate Defense,* Columbia, *for petitioner.*

*T. Travis Medlock, Atty. Gen., James Patrick Hudson, Chief Deputy Atty. Gen., Delbert H. Singleton, Jr.* and *E. Jeanne Howart, Asst. Attys. Gen.,* Columbia, *for respondent.*

Submitted June 10, 1994.

Decided June 13, 1994.

*Per Curiam:*

We granted the petition for writ of certiorari to review the postconviction relief court's denial of petitioner's application for postconviction relief. After careful consideration, we hereby dismiss the petition for certiorari as improvidently granted.